AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Dillon, Elizabeth K. | **2. Court or Organization**<br><br>U.S. District Court, Western District of Virginia | **3. Date of Report**<br><br>07/12/2019 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | **5a. Report Type** (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. District Court, Western District of Virginia
210 Franklin Road, S.W.
Roanoke, Virginia 24011

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice President / Counselor (former) | The Ted Dalton American Inn of Court |
| 2. | President (current) | The Ted Dalton American Inn of Court |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | One Beacon Insurance Group - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 07/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. John Hancock Universal Life | C | Interest | L | T | | | | | |
| 2. US Savings Bonds Series EE | | None | J | T | | | | | |
| 3. US Savings Bonds Series E | | None | J | T | | | | | |
| 4. Wells Fargo Cash Accounts (cash) | A | Interest | L | T | | | | | |
| 5. Brokerage Account #1 (H) | | | | | | | | | |
| 6. Bank of America NA (cash) | A | Dividend | J | T | | | | | |
| 7. Advisory Research MLP & Energy Income Fund Cl I (INFIX) | A | Dividend | J | T | Buy | 11/27/18 | J | | |
| 8. Cambiar International Equity Fund (CAMYX) (formerly (CAMIX)) | A | Dividend | J | T | | | | | |
| 9. Clearbridge Energy MLP F (CEM) | A | Dividend | | | Sold | 11/27/18 | J | | |
| 10. Cullen Emerging Markets High Div Fd Cl I (CEMFX) | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 11. Eaton Vance National Municipal Opportunities Trust (EOT) | A | Dividend | J | T | | | | | |
| 12. Federated Strategic Value Dividend IS CL (SVAIX) | B | Dividend | J | T | Sold (part) | 04/12/18 | J | A | |
| 13. iShares Tr Core Divid Growth (DGRO) | A | Dividend | J | T | Sold (part) | 04/12/18 | J | A | |
| 14. Nuveen High Yield Municipal Bond FD CL I (NHMRX) | A | Dividend | J | T | | | | | |
| 15. Oppenheimer International Growth Fund CL Y (OIGYX) | A | Dividend | J | T | | | | | |
| 16. SPDR Nuveen Bloomberg Barclays (SHM) | A | Dividend | J | T | | | | | |
| 17. SPDR SSGA Multi-Asset Real Return ETF (RLY) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 07/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. SPDR US Dividend Aristocrat ETF (SDY) | A | Dividend | K | T | | | | | |
| 19. T Rowe Price Virginia Tax Free Bond Fund CL None (PRVAX) | A | Dividend | K | T | | | | | |
| 20. Vaneck Vectors AMT-Free Interm Muni (ITM) | A | Dividend | K | T | | | | | |
| 21. Vanguard Growth ETF (VUG) | A | Dividend | J | T | | | | | |
| 22. Vanguard Dividend Appreciation ETF (VIG) | A | Dividend | K | T | Sold (part) | 04/12/18 | J | A | |
| 23. Brokerage Account #2 (H) | | | | | | | | | |
| 24. Bank of America NA (cash) | A | Interest | K | T | | | | | |
| 25. Advisory Research MLP & Energy Income Fund CL I (INFIX) | B | Dividend | J | T | | | | | |
| 26. Cambiar International Equity Fund Instl Cl (CAMYX) | A | Dividend | K | T | Buy | 05/18/18 | K | | |
| 27. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 28. Columbia Dividend Income Fund CL Z (GSFTX) | C | Dividend | L | T | Sold (part) | 05/18/18 | J | A | |
| 29. Cullen Emerging Markets High Dividend Fd Cl I (CEMFX) | A | Dividend | K | T | Buy | 05/18/18 | K | | |
| 30. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 31. Eaton Vance Floating (EIBLX) | A | Dividend | J | T | | | | | |
| 32. Federated Strategic Value Dividend IS CL (SVAIX) | C | Dividend | K | T | Sold (part) | 05/18/18 | J | | |
| 33. Lord Abbett Short Duration Income Fd Cl F (LDLFX) | A | Dividend | K | T | Buy | 05/18/18 | K | | |
| 34. Nuveen Santa Barbara Dividend Growth FD CL I (NSBRX) | C | Dividend | L | T | Sold (part) | 05/18/18 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 07/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oppenheimer International (OIGYX) | A | Dividend | K | T | Sold (part) | 05/18/18 | K | C | |
| 36. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 37. PIMCO Income Fund Cl I2 (formerly Cl P) (PONPX) | B | Dividend | K | T | Buy (add'l) | 05/18/18 | J | | |
| 38. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 39. Pioneer Fundamental Growth Fund CL Y (FUNYX) | B | Dividend | K | T | | | | | |
| 40. Prudential Short Term Corporate Bond FD Inc Z (PIFZX) | A | Dividend | | | Sold | 05/18/18 | J | | |
| 41. TCW Total Return Bond FD CL I (TGLMX) | B | Dividend | K | T | Sold (part) | 05/18/18 | J | | |
| 42. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 43. TIAA CREF Social Choice (TISCX) | B | Dividend | K | T | Sold (part) | 05/18/18 | J | | |
| 44. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 45. Vanguard Growth ETF (VUG) | A | Dividend | K | T | Sold (part) | 05/18/18 | J | A | |
| 46. Brokerage Account #3 (H) | | | | | | | | | |
| 47. Bank of America NA (cash) | A | Interest | K | T | | | | | |
| 48. Advisory Research MLP & Energy Inc Fd I (INFIX) | A | Dividend | J | T | | | | | |
| 49. Cambiar International Equity Fund Instl Cl (CAMYX) | A | Dividend | J | T | Buy | 05/18/18 | K | | |
| 50. Columbia Dividend Income Fund Z (GSFTX) | C | Dividend | K | T | Sold (part) | 06/26/18 | J | A | |
| 51. Cullen Emerging Markets High Dividend Fd Cl I (CEMFX) | A | Dividend | J | T | Buy | 05/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 07/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Eaton Vance Floating Rate Fund CL I (EIBLX) | A | Dividend | J | T | | | | | |
| 53. Federated Strategic Value Div IS (SVAIX) | C | Dividend | K | T | Sold (part) | 05/18/18 | J | | |
| 54. Lord Abbett Short Duration Income Fd Cl F (LDLFX) | A | Dividend | J | T | Buy | 05/18/18 | J | | |
| 55. Nuveen Santa Barbara Div Gr Fd I (NSBRX) | C | Dividend | K | T | Sold (part) | 06/26/18 | J | A | |
| 56. Oppenheimer International Growth Fund CL I (OIGYX) | A | Dividend | J | T | Sold (part) | 05/18/18 | J | C | |
| 57. PIMCO Income Fund Cl I2 (formerly CL P) (PONPX) | B | Dividend | K | T | | | | | |
| 58. Pioneer Fundamental Growth Fund CL Y (FUNYX) | A | Dividend | J | T | | | | | |
| 59. PGIM (formerly Prudential) Short Term Corporate Bond FD Inc Z (PIFZX) | A | Dividend | | | Sold | 05/18/18 | J | | |
| 60. TCW Total Return Bond FD CL I (TGLMX) | A | Dividend | K | T | | | | | |
| 61. TIAA CREF Social Choice (TISCX) | A | Dividend | K | T | | | | | |
| 62. Vanguard Growth ETF (VUG) | A | Dividend | K | T | | | | | |
| 63. 401(k) #1 (H) | | | | | | | | | |
| 64. Vanguard Target Retirement 2025 | | None | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 07/12/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 4: Transferred from 2017, line 104.

Part VII, lines 8, 37, 57, and 59: Name/ticker symbol changes only; no corresponding transactions.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 07/12/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth K. Dillon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544